PHILLIPS LAW PARTNERS, LLP
GARY R. PHILLIPS (SBN 123745)
JAMES R. COELHO (SBN 177988)
707 Wilshire Boulevard, Suite 3800
Los Angeles, California 90017
(213) 680-9212
jcoelho@phillipslawpartners.com

Attorneys for Paramount Recovery Service

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FINAMORE,<br><br>        Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A. dba WELLS FARGO AUTO; PARAMOUNT RECOVERY SERVICE,  a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE No. 2:19-cv-05346 FMO (JPRx)<br><br>**NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT PURSUANT TO L.R. 7.1-1 AND FED. R. CIV. P. 7.1 BY DEFENDANT, PARAMOUNT RECOVERY SERVICE**<br><br>(filed concurrently with Answer to Complaint) |

Pursuant to Local Rule 7.1-1 and and Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant, Paramount Recovery Service, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Paramount Recovery Service, a California corporation (Party)

////

**PHILLIPS LAW PARTNERS, LLP**
707 WILSHIRE BOULEVARD, SUITE 3800
LOS ANGELES, CA 90017-3541
(213) 680-9212

G:\PLPDocs\Simons.Steve\Finamore v PRS\Pleadings\Notice of Interested Parties1.wpd

-1-

Steven A. Simons, Jr.
(shareholder of Paramount Recovery Service)

PHILLIPS LAW PARTNERS, LLP

DATED: September 3, 2019

By:    /s/ James R. Coelho

JAMES R. COELHO
Attorneys for Defendant, Paramount Recovery Service

**PHILLIPS LAW PARTNERS, LLP**
707 WILSHIRE BOULEVARD, SUITE 3800
LOS ANGELES, CA 90017-3541
(213) 680-9212

G:\PLPDocs\Simons.Steve\Finamore v PRS\Pleadings\Notice of Interested Parties1.wpd

-2-

PHILLIPS LAW PARTNERS, LLP
707 WILSHIRE BOULEVARD, SUITE 3800
LOS ANGELES, CA 90017-3541
(213) 680-9212

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 707 Wilshire Boulevard, Suite 3800, Los Angeles, California 90017-3541.

On September 4, 2019, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT PURSUANT TO L.R. 7.1-1 AND FED. R. CIV. P. 7.1 BY DEFENDANT, PARAMOUNT RECOVERY SERVICE** on all interested parties as follows:

| Brandon A. Block<br>Law Offices of Brandon A. Block<br>433 North Camden Drive, Suite 600<br>Beverly Hills, CA 9 0210<br>Telephone: 310-887-1440<br>Facsimile: 310-49 6-1420<br>brandon@ bblocklaw.com<br><br>Attorneys for Plaintiff, Jesse Finamore | Courtney C. Wenrick<br>Severson & Werson<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA 92612<br>Telephone: 949-442-7110<br>Facsimile: 949-442-7118<br>ccw@severson.com<br><br>Attorneys for Defendant, Wells Fargo Bank, N.A. |

☒    **BY CM/ECF NOTICE  OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM /ECF system. Participants in the case who are registered CM /ECF users will be served by the CM /ECF system. Participants in the case who are not registered CM /ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/  James R. Coelho

_____

JAMES R. COELHO

G:\PLPDocs\Simons.Steve\Finamore v PRS\Pleadings\Notice of Interested Parties1.wpd