# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NUMBER: |
| JESSE FINAMORE | 2:19–cv–05346–FMO–JPR |
| Plaintiff(s), | |
| v. | |
| WELLS FARGO BANK, N.A., et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  9/3/2019

Document Number(s):  23

Title of Document(s):  Proof of Service

**ERROR(S) WITH DOCUMENT:**

Incorrect document is attached to the docket entry.

Other:

Document is only the proof of service to the Notice of Interested Parties. Compliance with Local Rule 7.1–1 is required no later than 9/7/2019, or the answer may be stricken.

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  September 6, 2019            By:  /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS