# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE FINAMORE | CASE NUMBER: |
| Plaintiff(s), | 2:19–cv–05346–FMO–JPR |
| v. | |
| WELLS FARGO BANK, N.A., et al. | |
| Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  ___9/4/2019___

Document Number(s):  __24__

Title of Document(s):  ___Answer to Complaint___

**ERROR(S) WITH DOCUMENT:**

Answer filed 9/4/2019 (Dkt. 24) appears to be a duplicate of Answer filed 9/3/2019 (Dkt. 22).

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ September 6, 2019 _                    By: _ /s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov _
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS